05-15-00014-CV

ACCEPTED
DALLAS COUNTY
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/7/2015 12:08:08 PM
LISA MATZ
CLERK

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/7/2015 9:05:26 AM
LISA MATZ
Clerk

CAUSE NO. DC13-13916

| | | |
|---|---|---|
| IN RE:  ANCILLARY RECEIVERSHIP OF | § | IN THE DISTRICT COURT |
| UNITED STATES INSTALLMENT REALTY | § | |
| COMPANY, A MINNESOTA CORPORATION, | § | |
| | § | |
| (Ancillary to the General Receivership | § | |
| of United States Installment Realty Company, | § | DALLAS COUNTY, TEXAS |
| a Minnesota corporation, and U.S.I. Realty | § | |
| Company, a Minnesota corporation, in | § | |
| In re Receivership of United States Installment | § | |
| Realty Company, a Minnesota corporation, | § | |
| No. 27-CV-13-4154, Fourth Judicial | § | |
| District Court, Hennepin County, Minnesota) | § | 101ST JUDICIAL DISTRICT |

**BURLINGTON RESOURCES OIL & GAS COMPANY LP'S**
**<u>NOTICE OF APPEAL</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Burlington Resources Oil & Gas Company LP ("Burlington") desires to appeal from the Order Approving Ancillary Receiver's Final Report and Discharging Ancillary Receiver, and Denying Intervenor's Plea to the Jurisdiction dated December 19, 2014, which finally disposes of all pending claims asserted by all parties in this proceeding (hereinafter, the "Final Judgment").  Burlington further desires to appeal from any and all orders incorporated, subsumed or merged into the Final Judgment, as well as from any and all previous adverse orders entered in this proceeding.  The trial court never had jurisdiction, as a result, any and all orders entered in this proceeding are void.  Burlington desires to appeal to the Court of Appeals for the Fifth District, sitting in Dallas.

1

Dated: January 5, 2015

Respectfully submitted,

/s/ W. Scott Hastings
Michael V. Powell
  Texas Bar No. 16204400
W. Scott Hastings
  Texas Bar No. 24002241
Susan E. Adams
  Texas Bar No. 24059354
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Main Telephone:  (214) 740-8000
Main Facsimile:  (214) 740-8800

***ATTORNEYS FOR INTERVENOR,
BURLINGTON RESOURCES OIL & GAS
COMPANY L.P.***

**CERTIFICATE OF SERVICE**

I certify that true and correct copies of the foregoing have been served this the **5th** day of January, 2015, on all counsel of record via email and certified mail, return receipt requested, as follows:

Mr. Timothy E. Malone
DECKER, JONES, MCMACKIN, MCCLANE, HALL & BATES, P.C.
Burnett Plaza, Unit 46
801 Cherry Street, Suite 2000
Fort Worth, Texas 76102
*Attorneys for Verde Minerals, LLC*

Mr. Jeffrey R. Ansel
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
*Attorneys for Lighthouse Management Group, Inc.,*
*as General Receive for United States Installment Realty*
*Company and for U.S.I. Realty Company*

Mr. David Weiner
One Lincoln Center
5400 LBJ Freeway, Suite 1260
Dallas, Texas 75240
*Ancillary Receiver in Texas for United States*
*Installment Realty Company and for U.S.I. Realty*
*Company*

/s/ W. Scott Hastings
W. Scott Hastings